IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| CHARLENE KEY, | § | |
| Plaintiff, | § § § | |
| VS. | § | NO. 3-06-CV-1087-N |
| MICHAEL J. ASTRUE,<br>Commissioner of Social Security | § § § § | |
| Defendant. | § § | |

## ORDER ACCEPTING FINDINGS AND RECOMMENDATION
## OF THE UNITED STATES MAGISTRATE JUDGE

After making an independent review of the pleadings, files and records in this case, and the Findings and Recommendation of the United States Magistrate Judge dated August 15, 2007, the Court finds that the Findings and Recommendation of the Magistrate Judge are correct and they are accepted as the Findings and Recommendation of the Court.

**IT IS, THEREFORE, ORDERED** that the Findings and Recommendation of the United States Magistrate Judge are accepted.

SIGNED September 4, 2007

_____
DAVID C. GODBEY
UNITED STATES DISTRICT JUDGE